FILED
ASHEVILLE, N.C.

JAN 13 2011

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:10CR32 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO UNSEAL** |
| JOHN WILLIAM GEORGE, | ) | |
| JACOB JACKSON IVEY, JR. | ) | |

THIS MATTER is before the Court on motion of the Government to unseal the file in the captioned criminal matter.

For good cause shown.

IT IS, THEREFORE, ORDERED that the Government's motion is ALLOWED and the entire file in this criminal action is hereby UNSEALED.

This the 13 day of January, 2011.

DENNIS HOWELL
UNITED STATES MAGISTRATE JUDGE